THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT COURT OF DELAWARE

| | |
|---|---|
| JOSEPH WILGIS, : | |
| : | |
| Plaintiff, : | C.A. No.: 1:12-cv-01214 |
| V. : | |
| : | |
| EDGEPARK MEDICAL SUPPLIES, and : | |
| : | |
| TRIAD GROUP, INC. : | |
| Defendants. : | TRIAL BY JURY OF TWELVE |
| : | DEMANDED |

## STIPULATION

**IT IS HEREBY STIPULATED**, by and through the parties, the above referenced matter can be dismissed with prejudice.

| | |
|---|---|
| **LIGUORI & MORRIS** | **CIPRIANI & WERNER, P.C.** |
| | |
| /s/ Melissa L. Dill, Esq. | /s/ Morgan A. Sack, Esq. |
| GREGORY MORRIS, ESQ. | CIPRIANI & WERNER, P.C |
| MELISSA L. DILL, ESQ. | 1000 N. West St. |
| 46 The Green | Suite 1200 |
| Dover, Delaware 19901 | Wilmington, DE 19801 |
| (302) 678-9900 | (302) 401-1600 |
| Bar ID: 3014 | Bar ID: 5231 |
| Bar ID: 5157 | Attorney for Defendant Edgepark |
| Attorneys for Plaintiff | |

**KERKMAN & DUNN**

/s/Evan P. Schmit,Esq.
Kerkman & Dunn
757 N. Broadway, Suite 300
Milwaukee, WI 53202-3612
Phone: 414.277.8200 ext.104
Attorney for Defendant Triad Group

1

SO ORDERED this _____ day of _____,2014

_____
JUDGE